UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

PHILLIPS JR., JOE G AND PHILLIPS, ANNETTE J.

              Debtors.
_____/

Case No. 07-60618-TJT
Chapter 7

Judge: THOMAS J. TUCKER

## Notice of Unclaimed Dividend

TO THE CLERK OF THE COURT:

The attached check in the amount of $142.05 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 USC 347(a). The name of each of the parties entitled to these unclaimed dividends is as follows:

| Creditor Name: | Claim No.: | Dividend Amount: |
|---|---|---|
| April D. Robertson | 7 | $142.05 |

Dated: 04/14/2011

/s/ Douglas Ellmann
Douglas S. Ellmann, Trustee
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103
(734) 668-4800
dse@ellmannlaw.com

| **Case No:** | 07-60618-TJT | **Date Printed:** | 4/14/2011 |
| **Case Name:** | PHILLIPS JR., JOE G AND PHILLIPS, ANNETTE J. | **Check Number:** | 109 |
| **Trustee Name:** | Douglas S. Ellmann | **Check Date:** | 04/14/2011 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 7 | ROBERTSON, APRIL D.<br>1332 #4 Brook Park<br>Toledo, OH 43612 | $3,000.00 | $142.05 |

**Total Check Amount:** $142.05